LUCY M. MINNIER, Respondent, *v.* BLYTHE J. MINNIER, Appellant.

Argued January 9, 1950; decided February 23, 1950.

**658**

*A. Raymond Cornwall* for appellant.

*Laurence H. Kissel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE. FULD, and FROESSEL, JJ.